**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6427**

———————

HERBERT CURTIS,

Plaintiff - Appellant,

versus

LIEUTENANT HAWARD; LIEUTENANT WHITTMORE; LIEU-
TENANT HOLSINGER; NURSE COOK; NURSE COWFORT;
MRS. BIELFEIT, Medical Director,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-99-222-6)

———————

Submitted:  May 25, 1999              Decided:  May 28, 1999

———————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Herbert Curtis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert Curtis appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Curtis v. Haward, No. CA-99-222-6 (D.S.C. Mar. 19, 1999). We further deny Curtis's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED